UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ERIC MAJORS, et al.,

    Plaintiffs,

v.                                           Case No. 3:22cv6534-MCR-HTC

CHARLES PAUL RETTIG, et al.,

    Defendants.

_____/

## ORDER TO SHOW CAUSE

On May 25, 2022, the Court denied Plaintiff's motion to proceed *in forma pauperis* and ordered Plaintiff to pay the $402.00 filing fee within twenty-one (21) days. ECF Doc. 4. The Court also outlined several deficiencies in Plaintiff's complaint and ordered Plaintiff to file an amended complaint that complies with the directives set forth in the Order. *Id*. Plaintiff was advised that his failure to comply with the Order could result in a recommendation that this case be dismissed due to his failure to prosecute or failure to comply with an order of the Court. *Id*. at 6. To date, Plaintiff has not complied with the May 25 Order.

Accordingly, it is ORDERED:

1.     Plaintiff shall have **fourteen (14) days** from the date of this Order to show cause why this case should not be dismissed for his failure to prosecute and failure to comply with a Court order.

Case No. 3:22cv6534-MCR-HTC

2. The Court will discharge this show cause order if Plaintiff complies with the Court's May 25, 2022 Order within fourteen (14) days.

3. Plaintiff's failure to comply with this Order may result in a recommendation of dismissal without further notice.

DONE AND ORDERED this 22nd day of June, 2022.

/s/ Hope Thai Cannon
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 3:22cv6534-MCR-HTC