UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ERIC MAJORS, et al.,

    Plaintiffs,

v.                                                Case No. 3:22cv6534-MCR-HTC

UNITED STATES OF AMERICA, et al.,

    Defendants.
_____/

## ORDER

Plaintiffs[1] have submitted an amended complaint naming the United States of America and the Internal Revenue Service as Defendants.[2] ECF Doc. 13. Because Plaintiffs paid the $402 filing fee, they are responsible for serving the amended complaint so the Defendants may respond to their allegations. Plaintiffs shall serve

---

[1] The amended complaint indicates Plaintiff Eric Majors is acting *pro se* on behalf of himself and Plaintiff Lisa Majors is acting *pro se* on behalf of herself. The Court advises Plaintiffs that every document submitted for the Court's consideration must be signed by each Plaintiff. *See Day v. Wall*, 2008 WL 4773054, at *1 (D.R.I. Oct. 30, 2008) (noting Fed. R. Civ. P. 11 requires parties not represented by an attorney to sign every pleading, written motion, and other paper and "[i]n the case of multiple *pro se* plaintiffs, each plaintiff must sign each pleading, written motion and other paper").

[2] The amended complaint also identifies Susan Shaw as a Defendant. ECF Doc. 13 at 2. However, as the Court explained in its May 25, 2022 Order, the United States is the proper Defendant for Plaintiffs' tax claims, the IRS is the proper Defendant for Plaintiffs' FOIA claim, and individual IRS employees are not subject to suit under *Bivens*. Accordingly, Susan Shaw will be terminated as a Defendant along with the other employees of the IRS.

the amended complaint on the Defendants in the manner prescribed by Rule 4(i) of the Federal Rules of Civil Procedure.

Accordingly, it is ORDERED:

1. The clerk is directed to add the United States of America as a Defendant, and terminate Charles Paul Rettig, Susan Shaw, Randall B. Childs, Agent Neira, and Linda I. Aponte as Defendants.

2. The clerk shall issue summons for Defendant United States of America and Defendant Internal Revenue Service. The clerk shall send the summonses to Plaintiffs.

3. Plaintiffs are responsible for prompt service of the summons and amended complaint on each Defendant. Within **forty-five (45) days** from the date of this Order, Plaintiffs shall serve the amended complaint on the Defendants in the manner prescribed by Rule 4(i) of the Federal Rules of Civil Procedure. The service copies of the amended complaint must be identical to the amended complaint filed with the Court and include all attached exhibits.

4. After a notice of appearance has been filed by a Defendant's attorney, Plaintiffs shall be required to mail to the attorney a copy of every pleading or other paper submitted for consideration by the Court. Plaintiffs shall include with any paper submitted for filing a certificate of service stating the date a correct copy of the paper was mailed to the Defendants or to the attorney representing the

Defendants.  Any paper submitted for filing that does not contain a certificate of service shall be returned by the clerk and disregarded by the Court.  *See* Fed. R. Civ. P. 5; N.D. Fla. Loc. R. 5.1(F).

    DONE AND ORDERED this 27th day of July, 2022.

*/s/ Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 3:22cv6534-MCR-HTC